UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SWEET RENTALS, INC. D/B/A BONE DRY RENTAL | CIVIL ACTION |
| VERSUS | |
| DYNAMIC GROUP, LLC | NO. 22-00572-BAJ-EWD |

### ORDER

Considering the parties' **Joint Motion For Dismissal (Doc. 45)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and expenses, including attorneys' fees.

Baton Rouge, Louisiana, this 16th day of October, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY